# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00063-KDB-DCK

| | |
|---|---|
| **PAMELA MARTIN ISENHOUR,** <br><br> Plaintiff, <br><br> v. <br><br> **SALMON COMPANY,** <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on its own motion.

The *pro se* Plaintiff filed this action against the Salmon Company on April 14, 2021. (Doc. No. 1). On the same day, she filed an Application to Proceed in District Court without Prepaying Fees or Costs. (Doc. No. 2). On April 20, 2021, the Court denied Plaintiff's application without prejudice and ordered that Plaintiff pay the filing fee or file an amended application within 14 days of the order. (Doc. No. 3). Plaintiff submitted an amended motion on May 3, 2021. (Doc. No. 5). Plaintiff's amended application was denied without prejudice to pay the $402 filing fee within 14 days of the order. (Doc. No. 6). Plaintiff was warned that failure to timely comply with the order may result in dismissal of her case without further notice. *Id.*

The deadline to pay the filing fee expired on May 24, 2021. To date, Plaintiff has failed to pay the $402 filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order in which to pay the $402 filing fee. **If Plaintiff fails to do so, this case shall be dismissed without prejudice and closed without further notice to the Plaintiff.**

**SO ORDERED.**

Signed: June 4, 2021

Kenneth D. Bell
United States District Judge