# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Pamela Martin Isenhour, <br><br> Plaintiff(s), <br><br> vs. <br><br> Salmon Company, <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 5:21-cv-00063-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2021 Order.

June 28, 2021

Frank G. Johns, Clerk
United States District Court